## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2005, I, as one of the attorneys in this case, caused the service of a true copy of *Respondents' Memorandum Opposition to Petitioner's Motion for Preliminary Injunction Requiring Advance Notice of Transfer or Release* by Federal Express upon all counsel identified below:

Richard A. Grigg
Spivey & Grigg, L.L.P.
48 East Avenue
Austin, TX 78701


DATED: August 22, 2005          /S/ Robert J. Katerberg
                                ROBERT J. KATERBERG
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                20 Massachusetts Ave., N.W., Room 6112
                                Washington, DC 20530
                                Tel.: (202) 616-8298
                                Fax: (202) 616-8460
                                e-mail: robert.katerberg@usdoj.gov

                                Attorney for Respondents