IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AKHTIAR,              ) | |
|                                                       ) | |
|           Petitioner,                       ) | |
|                                                       ) | |
|           v.                                       ) | Civil Action No. 05-CV-1635 (PLF) |
|                                                       ) | |
| GEORGE W. BUSH,                  ) | |
|           President of the United States, ) | |
|           *et al.,*                              ) | |
|                                                       ) | |
|           Respondents.                   ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, copies of the foregoing were transmitted via

Federal Express to counsel for petitioner:

> Richard A. Grigg
> SPIVEY & GRIGG LLP
> 48 East Avenue
> Austin, TX 78701
> (512) 474-6061

>   /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W.   Room 7226
> Washington, DC  20530
> Tel.:  (202) 514-3338
> Fax:  (202) 616-8202

> One of the Attorneys for Respondents