IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMAD AKHTIAR,
   Petitioner,

v.

GEORGE W. BUSH, *et al.*,
   Respondents.

Civil Action No. 05-1635 (PLF)

## DECLARATION OF RICHARD A. GRIGG

Pursuant to 28 U.S.C. § 1746

Richard A. Grigg declares, under penalty of perjury as follows:

1. I am a partner at the law firm of Spivey & Grigg, LLP, located at 48 East Avenue, Austin, Texas 78701. Along with attorneys from the Center of Constitutional Rights, I am representing the Petitioner, Mohammad Akhtiar, in this cause of action.

2. Attorneys with the Center of Constitutional Rights received the communication (attached as Exhibit B) from Haji Ghalib, a prisoner at Guantanamo.

3. The Center for Constitutional Rights forwarded Exhibit B to me and I agreed to represent Mohammad Akhtiar on a pro bono basis.

4. In response to Exhibit B, I filed the above cause of action to comply with this request.

5. Exhibit B is a true and correct copy of the letter forwarded to me by the Center for Constitutional Rights.

6. Exhibit C is a true and correct copy of a letter sent by the undersigned to Terry M. Henry and Andrew I. Warden, attorneys with the Department of Justice.

7. Exhibit C is a true and correct copy of an email sent to the undersigned by Terry M. Henry.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Austin, Texas
      September 12th, 2005

                                              _____
                                              Richard A. Grigg
                                              Texas Bar # 08487500
                                              SPIVEY & GRIGG, L.L.P.
                                              48 East Avenue
                                              Austin, Texas 78701
                                              Tel: (512) 474-6061
                                              Fax: (512) 474-1605
                                              Email: dicky@Grigg-Law.com

                                              Counsel for Petitioner