To Gregory Stuart Smith

From Haji ghalib       ISN 00098
Swat Khan              ISN 000953
Mohammad Akhtiar       ISN 0001031

GUAN-2005-T 02237

Dear sir   We are Detinees in the Guantanama Military base of America forcies.

We are hopless and helpless.

We heard about your help with us.

If you would like to help us we are waiting to discous with about our case and our vague destination.

Haji ghalib Detinee from Afghanistan.

Enclosure
John A. Chandlern Esq
Elizabeth V. Tanis Esq
Kristin B. Wilhelm Esq
John P. Anderson Esq

AINEE 000987
MP DELTA
hington, DC 20353

-DETAINEE MATERIALS

Yankee

To- Sutherland
Asbill and
Brennan LLP
Attorneys at law

1275 Pennsylvania Avenue NW
Washington DC 20004-2415

[signature]

This End Open →

| JJJIHG 000987 | Pashtoo |
|---|---|
| 2, May 05 | Washington DC USA |