BROADUS A. SPIVEY, P.C.
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
bas@Spivey-Law.com

FRANCIS PAN
Of Counsel
fyp@Spivey-Law.com

ELIZABETH BOX
Paralegal
elizabeth@Spivey-Law.com

# SPIVEY & GRIGG
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

48 EAST AVENUE
AUSTIN, TEXAS 78701-4320
512 + 474-6061
512 + 474-1605 – fax

August 25, 2005

DICKY GRIGG, P.C.
Board Certified - Civil Trial Advocacy
National Board of Trial Advocacy
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
dicky@Grigg-Law.com

RICK LEEPER
Attorney
rick@Grigg-Law.com

ERICA GRIGG
Attorney
erica@Grigg-Law.com

5157L.005

Terry M. Henry, Esquire
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Re:   Civil Action No. 05-1635 (PFL); *Mohammad Akhtiar vs. George Bush, et al.* United States District Court for the District of Columbia.

Gentlemen:

I represent Mohammad Ahkitar in the above styled case. I request a confirmation that Mr. Ahktiar either (1) has been found to be an enemy combatant by the CSRT process; or (2) has been found not to be an enemy combatant.

Your prompt response would be appreciated.

Sincerely,

LAW OFFICES OF DICKY GRIGG

*[signature]*

RICHARD A. GRIGG