On Sep 1, 2005, at 5:27 PM, Terry.Henry@usdoj.gov wrote:

Dear Mr. Grigg,

I am responding to your letter of August 25, 2005, to me and Andrew Warden regarding requesting confirmation of Mr. Ahktiar's enemy combatant status. Respondents filed a motion on August 31, 2005, which was served on you by federal express, that essentially provides our position regarding your representation of Mr. Ahktiar.

Also, given the sheer volume of Guantanamo Bay detainee habeas cases currently pending, it would be appreciated if in the future, you would send correspondence regarding this case either by e-mail or overnight delivery to ensure timely response. My e-mail address is terry.henry@usdoj.gov and Mr. Warden's is andrew.warden@usdoj.gov . Also, it would be appreciated if you would sign up on the District of Columbia District Court Electronic Case Filing system at your earliest convenience in order to ensure timely service of respondents' filings in the case.

Thank you.

Sincerely,

Terry M. Henry
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
Tel. 202.514.4107