IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AKHTIAR,<br>   Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>   Respondents. | Civil Action No. _____ |

**(PROPOSED) ORDER TO SHOW CAUSE**

Having considered Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed For Lack of Proper "Next Friend" Standing, and it appearing that good cause does not exist for granting the motion, it is hereby

ORDERED that Respondents motion is denied.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge