IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AKHTIAR, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-CV-1635 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RESPONDENTS' REPLY IN SUPPORT OF MOTION FOR ORDER TO
SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF
PROPER "NEXT FRIEND" STANDING OR, IN THE ALTERNATIVE,
TO STAY PROCEEDINGS PENDING RELATED APPEALS**

Based on petitioners' submission in response to respondents' motion for order to show cause, respondents have determined that petitioner Mohammad Akhtiar has previously filed a *pro se* petition for writ of habeas corpus, Mohammad v. Bush, No. 05-CV-0996 (JR), that is presently pending before the Court. See Notice of Multiple Petitions Filed by Guantanamo Bay Detainee (dkt. no. 7). Counsel for respondents have conferred with counsel for petitioner on this matter, and counsel for petitioner are considering whether to voluntarily dismiss the above-captioned case, which is petitioner's second-filed petition.

To the extent that the above-captioned case is not dismissed, respondents hereby submit the attached brief and exhibits in support of their motion for order to show cause why case should not be dismissed for lack of proper "next friend" standing or, in the alternative, to stay proceedings pending related appeals.

Dated: September 22, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents