UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                               )
MOHAMMAD AKHTIAR,              )
                                               )
       Petitioner,                 )
                                               )
  v.                                   )     Civil Action No. 05-1635 (PLF)
                                             )
GEORGE W. BUSH, et al.,          )
                                             )
       Respondents.              )
_____)

## ORDER

        This matter is before the Court on petitioner's motion for a preliminary injunction enjoining respondents from removing him from the Guantánamo Bay Naval Base and rendering him to the custody of a foreign country without 30 days' advance notice to petitioner's counsel and leave of court; and on Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing Or, in the Alternative, to Stay Proceedings Pending Related Appeals and for Continued Coordination.

        Upon consideration of the arguments of the parties and the full record in this case, it is hereby

        ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004, in the

In re Guantanamo Bay Detainee Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green shall apply in this case; it is

FURTHER ORDERED that [4] Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing Or, in the Alternative, to Stay Proceedings Pending Related Appeals and for Continued Coordination is GRANTED in part and DENIED without prejudice in part; it is

FURTHER ORDERED that Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing is DENIED without prejudice; it is

FURTHER ORDERED that this case is STAYED pending resolution of all appeals in In re Guantanamo Detainee Cases, Civil No. 02-0299, et al., 355 F. Supp.2d 443 (D.D.C. 2005), and Khalid et al. v. Bush, Civil No. 04-1142, 355 F. Supp.2d 311 (D.D.C. 2005). This stay shall not, however, prevent the parties from continuing to avail themselves of the procedures set forth in the Protective Order including visits by counsel to the United States naval base at Guantánamo Bay, nor shall it relieve the government of any obligation to provide petitioner with a factual return while the appeals of related cases are pending, nor shall it bar the filing or disposition of any motion for emergency relief; it is

FURTHER ORDERED that respondents shall file a factual return regarding petitioner Mohammad Akhtiar within ninety (90) days of the entry of this Order or within ninety (90) days of the conclusion of any Combatant Status Review Tribunal proceeding, whichever is later; it is

FURTHER ORDERED that the respondents, their agents, servants, employees,

confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not remove petitioner from the Guantánamo Bay Naval Base unless this court and counsel for petitioners receive thirty days' advance notice of such removal; and it is

    FURTHER ORDERED that [2] Petitioners' Motion for Preliminary Injunction is DENIED as moot.

    SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 26, 2005