UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMAD AKHTIAR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>_____) | Civil Action No. 05-1635 (PLF) |
| AKHTEYAR MOHAMMAD, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>_____) | Civil Action No. 05-0996 (PLF) |

ORDER

On September 22, 2005, respondents filed a Notice indicating that a single detainee at Guantánamo Bay had filed petitions for *habeas corpus* in both of the above cases. On October 7, 2005, Akhteyar Mohammad v. Bush, Civil Action No. 05-0996, was reassigned from Judge James Robertson to the undersigned by consent of both judges. Petitioner is represented by counsel in Mohammad Akhtiar v. Bush, Civil Action No. 05-1635. In Akhteyar Mohammad v. Bush, Civil Action No. 05-0996, petitioner is proceeding *pro se*; his petition in that case disclaims any affiliation with Al Qaeda or the Taliban but makes no legal argument challenging petitioner's detention.

Upon consideration of the entire record of the case, it is hereby

ORDERED that petitioner shall show cause in writing, on or before November 1, 2005, why these two cases should not be consolidated under Civil Action No. 05-1635, and why the petition for *habeas corpus* filed in Civil Action No. 05-0996 should not then be dismissed.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 11, 2005