IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMAD AKHTIAR,<br>   Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>   Respondents. | Civil Action No. 05-1635 (PLF) |

### PETITIONER'S MEMORANDUM AND RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CONSOLIDATED WITH CIVIL ACTION NO. 05-1653 AND THIS CAUSE OF ACTION DISMISSED

On October 11, 2005, the Court Ordered that petitioner shall show cause in writing, on or before November 1, 2005, why this case should not be consolidated under a previous filed pros se case (Civil Action No. 05-1635) and why the petition for habeas corpus filed in this case (Civil Action No. 05-0996) should not then be dismissed.

Signed by Judge Paul L. Friedman on October 11, 2005

### PETITIONER DOES NOT OBJECT TO THIS CASE BEING CONSOLIDATED WITH THE PREVIOUSLY FILED PRO SE CAUSE OF ACTION

The Respondents have represented to the Court that the Petitioner in this case and the Petitioner in Civil Action No. 05-1635 are one and the same. Based upon this representation, Petitioner has no objection to this case being consolidated under the previously filed pros se case (Civil Action No. 05-1635). Further, the Petitioner will not oppose the petition for habeas corpus filed in this case being dismissed without prejudice.

Dated: Austin, Texas

    October 31, 2005

                      Respectfully submitted,

                      **Richard A. Grigg**
                       Texas Bar No. 08487500
                      SPIVEY & GRIGG, L.L.P.
                      48 East Avenue
                      Austin, Texas 78701
                      Tel: (512) 474-6061
                      Fax: (512) 474-1605
                      Email: dicky@Grigg-Law.com

                      By: _____
                              Richard A. Grigg

*Of Counsel*
Barbara Olshansky (NY0057)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by EFC and a copy of all instruments have been emailed to the following persons:

**Terry M. Henry, Esquire**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

and

**Andrew I. Warden**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this the 31st day of October, 2005.

_____
Richard A. Grigg

5157P.007