UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKHTEYAR MOHAMMAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-0996 (PLF) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |
| MOHAMMAD AKHTIAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1635 (PLF) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER

On September 22, 2005, respondents filed a Notice indicating that a single detainee at Guantánamo Bay had filed petitions for *habeas corpus* in both of the above cases. On October 11, 2005, the Court directed petitioner in each of these two cases to show cause why they should not be consolidated under Civil Action No. 05-1635, and why the petition for *habeas corpus* filed in Civil Action No. 05-996, filed by petitioner *pro se*, should not be dismissed.[1]

On October 31, 2005, petitioner filed a memorandum stating that he did not object

---

[1] On October 14, 2005, Chief Judge Thomas F. Hogan appointed the Office of the Federal Public Defender for the Eastern District of Pennsylvania to represent petitioner in Civil Action No. 05-996.

to the consolidation of these two cases or to the dismissal of his petition in Civil Action No. 05-996, but requesting that in any event Richard A. Grigg of Spivey & Grigg, LLP and Barbara Olshansky of the Center for Constitutional Rights be permitted to serve as petitioner's counsel going forward. Upon consideration of the foregoing, the Court concludes that it would be most efficient to dismiss petitioner's *pro se* petition in Civil Action No. 05-996, and to allow petitioner to proceed with Civil Action No. 05-1635, in which Mr. Grigg and Ms. Olshansky already have appeared as counsel for petitioner. Accordingly, it is hereby

ORDERED that the petition for *habeas corpus* filed in <u>Akhteyar Mohammad v. Bush</u>, Civil Action No. 05-996, is DENIED. That case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order. <u>See</u> FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 15, 2005