IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AKHTIAR,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1635 (PLF) |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that the Notice of Appeal filed on November 18, 2005, was served via electronic mail on counsel for petitioner on November 21, 2005, as follows:

> Barbara J. Olshansky
> Center for Constitutional Rights
> 666 Broadway
> New York, NY 10012
> bjo@ccr-ny.org
>
> Richard A. Grigg
> SPIVEY & GRIGG
> 48 East Avenue
> Austin, TX 78701
> dicky@grigg-law.com

The original certificate of service erroneously indicated that counsel was served via electronic mail on November 18, 2005.

Dated: November 21, 2005.

Respectfully submitted,

*Marc A. Perez*
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
One of the Attorneys for Respondents