IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AKHTIAR,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1635 (PLF) |

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order dated September 26, 2005, (dkt. no. 10) that prohibits respondents from removing petitioner from Guantanamo Bay Naval Base unless the Court and counsel for petitioner receive thirty days' advance notice of such removal.

Dated: November 18, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

*/s/ Marc A. Perez*
_____
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000

Attorneys for Respondents

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2005, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioner in this case as follows:

>Barbara J. Olshansky
>Center for Constitutional Rights
>666 Broadway
>New York, NY 10012
>bjo@ccr-ny.org
>
>Richard A. Grigg
>SPIVEY & GRIGG
>48 East Avenue
>Austin, TX 78701
>dicky@grigg-law.com

*/s/ Marc A. Perez*
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents