IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AKHTIAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1635 (PLF) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF FILING OF PROTECTED INFORMATION

NOTICE is hereby given that, pursuant to the protective orders entered herein by the Court's Order of September 26, 2005 (dkt. no. 10), on November 15, 2006, respondents have filed with the Court Security Office a submission which they seek to have designated as "protected information" pursuant to the protective orders.  The submission cannot be described in any greater detail without disclosing the substance of the protected information.  As required by the protective orders (*see* November 10, 2004 Order Addressing Designation Procedures for "Protected Information"), respondents have disclosed the protected information to petitioner's counsel and are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, respondents will file an appropriate motion with the Court to have the information designated as "protected."

| | |
|---|---|
| Dated: November 15, 2006 | Respectfully submitted,<br><br>PETER D. KEISLER<br>Assistant Attorney General<br><br>DOUGLAS N. LETTER<br>Terrorism Litigation Counsel<br><br>   /s/ Preeya M. Noronha   <br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>TERRY M. HENRY<br>JAMES J. SCHWARTZ<br>PREEYA M. NORONHA<br>ROBERT J. KATERBERG<br>ANDREW I. WARDEN<br>NICHOLAS J. PATTERSON<br>EDWARD H. WHITE<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC  20530<br>Tel:  (202) 514-4107<br>Fax:  (202) 616-8470<br><br>Attorneys for Respondents |