UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AKHTIAR,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 05-1635 (PLF) |

ORDER

On December 20, 2006, respondents filed a Notice of Transfer indicating that petitioner Mohammad Akhtiar had been released from the custody of the United States and transferred to the control of the Government of Afghanistan.  Accordingly, it is hereby

ORDERED that petitioner shall show cause in writing, on or before January 19, 2007, why the petition for habeas corpus in this case should not be dismissed as moot.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 27, 2006