IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMAD AKHTIAR,<br>  Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>  Respondents. | Civil Action No. 05-1635 (PLF) |

## NOTICE OF DISMISSAL OF PETITION

PLEASE TAKE NOTICE THAT the petitioner in the above-captioned case, by and through his undersigned counsel, hereby dismisses his habeas corpus petition without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:   Austin, Texas
            January 18, 2007

Respectfully submitted,

**Richard A. Grigg**
Texas Bar No. 08487500
SPIVEY & GRIGG, L.L.P.
48 East Avenue
Austin, Texas 78701
Tel: (512) 474-6061
Fax: (512) 474-1605
Email: dicky@Grigg-Law.com

By: _/s/ Richard A. Grigg_
Richard A. Grigg

*Of Counsel*
Barbara Olshansky (NY0057)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by EFC and a copy of all instruments have been emailed to the following persons:

**Terry M. Henry, Esquire**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

and

**Andrew I. Warden**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this the 18th day of January, 2007

_____
Richard A. Grigg

5157P.013

- 3 -