## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD AKHTIAR,**<br> Petitioner,<br><br>*v.*<br><br>**GEORGE W. BUSH,** *et al.,*<br> **Respondents.** | **Civil Action No. 05-1635 (PLF)** |

## PETITIONER RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS MOOT

On December 27, 2007, the Court Ordered that petitioner shall show cause in writing, on or before January 19, 2007, why this case should not be dismissed as moot.  In response the Petitioner would respectfully show the Court at follows:

On January 18, 2007, Petitioner filed a Notice of Dismissal of Petition.

Dated: Austin, Texas
        January 18, 2007

Respectfully submitted,

**Richard A. Grigg**
  Texas Bar No. 08487500
SPIVEY & GRIGG, L.L.P.
48 East Avenue
Austin, Texas 78701
Tel: (512) 474-6061
Fax: (512) 474-1605
Email: dicky@Grigg-Law.com

By:  _Richard A. Grigg_____
        Richard A. Grigg

*Of Counsel*
Barbara Olshansky (NY0057)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by EFC and a copy of all instruments have been emailed to the following persons:

**Terry M. Henry, Esquire**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

and

**Andrew I. Warden**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this the 18th day of January, 2007.

Richard A. Grigg

5157P.014